UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

| | |
|---|---|
| IN RE:<br><br>ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYSFEMORAL HEAD PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to:*<br><br>DENNIS FOLEY AND<br>DONNA FOLEY,<br><br>   PLAINTIFFS,<br><br>v.<br><br>ZIMMER, INC., ZIMMER US, INC.,<br>AND ZIMMER BIOMET HOLDINGS, INC.,<br>f/k/a ZIMMER HOLDINGS, INC.,<br><br>   DEFENDANTS. | MDL No. 2859<br><br>18-MD-2859 (PAC)<br>18-MC-2859 (PAC)<br><br>**SHORT FORM COMPLAINT AND JURY DEMAND**<br><br>CASE NO.: <u>1:21-cv-07036</u> |

-------------------------------------------------------------------------------x

  1.  Plaintiffs, Dennis Foley and Donna Foley, state and bring this civil action in MDL No. 2859, entitled *In Re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation*, against Defendants Zimmer, Inc., Zimmer US, Inc., and Zimmer Biomet Holdings, Inc.

  2.  Plaintiffs are filing this Short Form Complaint as permitted by this Court's Case Management Order 9, dated February 7, 2019, and hereby incorporates the Master Long Form Complaint filed in MDL No. 2859 by reference.

## PARTIES, JURISDICTION AND VENUE

3. Plaintiff, Dennis Foley, is a resident and citizen of the State of Illinois, and claims damages as set forth below.

4. Plaintiff's Spouse, Donna Foley, is a resident and citizen of the State of Illinois, and claims damages as set forth below.

5. Venue of this case is appropriate in the United States District Court, Northern District of Illinois. Plaintiff states that but for the Order permitting directly filing into the Southern District of New York pursuant to Case Management Order 9, Plaintiff would have filed in the United States District Court, Northern District of Illinois. Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

6. Plaintiff brings this action:

__X__  On behalf of himself;

_____  ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

## FACTUAL ALLEGATIONS

~~ALLEGATIONS AS TO **RIGHT-SIDE** IMPLANT/EXPLANT SURGERY(IES):~~

~~7. Plaintiff was implanted with a Versys Femoral Head in his/her right hip on or about _____ (date), at the _____ (medical center and address), in _____, by Dr. _____.~~

~~8.     Plaintiff was implanted with the following femoral stem during the _____ (date) implantation surgery:~~

~~_____      Zimmer M/L Taper~~

~~_____      Zimmer M/L Taper with Kinectiv Technology~~

~~9.     Plaintiff had the following right hip components explanted on or about _____ (date), at _____ (medical center and address) by Dr. _____.:~~

~~_____      Versys femoral head~~

~~_____      Zimmer M/L Taper~~

~~_____      Zimmer M/L Taper with Kinectiv Technology~~

~~10.    Plaintiff will have the right hip components at issue explanted on or about _____, at _____ (medical center and address) by Dr. _____.~~

~~11.    Plaintiff has not yet scheduled a surgery for explantation of the right hip components at issue.~~

ALLEGATIONS AS TO **LEFT-SIDE** IMPLANT/EXPLANT SURGERY(IES):

12.    Plaintiff was implanted with a Versys Femoral Head in his left hip on or about July 5, 2011, at Central DuPage Hospital, 25 North Winfield Road, in Winfield, Illinois, by Dr. Scott M. Sporer.

13.    Plaintiff was implanted with the following femoral stem during the July 5, 2011 implantation surgery:

   X         Zimmer M/L Taper

_____      Zimmer M/L Taper with Kinectiv Technology

14.    Plaintiff had the following left hip components explanted on or about October 22,

3

2019, at Elmhurst Hospital, 155 E. Brush Hill, Elmhurst, Illinois, by Dr. Scott M. Sporer.

| | |
|---|---|
| __X__ | Versys femoral head |
| _____ | Zimmer M/L Taper |
| _____ | Zimmer M/L Taper with Kinectiv Technology |

15. ~~Plaintiff will have the left hip components at issue explanted on or about _____, at _____ (medical center and address) by Dr. _____.~~

16. ~~Plaintiff has not yet scheduled a surgery for explantation of the left hip components at issue.~~

## ALLEGATIONS AS TO INJURIES

17. (a) Plaintiff claims damages as a result of:

| | |
|---|---|
| __X__ | INJURY TO HIMSELF |
| _____ | INJURY TO THE PERSON REPRESENTED |
| _____ | WRONGFUL DEATH |
| _____ | SURVIVORSHIP ACTION |
| __X__ | ECONOMIC LOSS |

(b) Plaintiff's spouse claims damages as a result of:

| | |
|---|---|
| __X__ | LOSS OF SERVICES |
| __X__ | LOSS OF CONSORTIUM |

18. Plaintiff has suffered injuries as a result of implantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

19. Plaintiff has suffered injuries as a result of the explantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

20. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiffs.

21. Due to the nature of the defect, Plaintiffs could not have known that the injuries he suffered were as a result of a defect in the Devices at issue at the time they were implanted or for any period afterwards until the defect was actually discovered by Plaintiffs.

**CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

22. The following claims and allegations are asserted by Plaintiffs and are herein adopted by reference from the Master Long Form Complaint:

    __X__    COUNT I - NEGLIGENCE;

    __X__    COUNT II - NEGLIGENCE PER SE;

    __X__    COUNT III - STRICT PRODUCTS LIABILITY - DEFECTIVE DESIGN;

    __X__    COUNT IV - STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT;

    __X__    COUNT V - STRICT PRODUCTS LIABILITY- FAILURE TO WARN;

    __X__    COUNT VI - BREACH OF EXPRESS WARRANTY;

    __X__    COUNT VII- BREACH OF WARRANTY AS TO MERCHANTABILITY;

    __X__    COUNT VIII - BREACH OF IMPLIED WARRANTIES;

    __X__    COUNT IX - VIOLATION OF CONSUMER PROTECTION LAWS

| | | |
|---|---|---|
| __X__ | COUNT X –NEGLIGENT MISREPRESENTATION |
| __X__ | COUNT XI- FRAUDULENT CONCEALMENT |
| __X__ | COUNT XII - UNJUST ENRICHMENT |
| __X__ | COUNT XIII – LOSS OF CONSORTIUM |
| _____ | COUNT XIV – WRONGFUL DEATH |
| _____ | COUNT XV- SURVIVAL ACTION |

In addition to the above, Plaintiffs assert the following additional causes of action under applicable state law:

| | |
|---|---|
| __X__ | PUNITIVES DAMAGES |
| _____ | OTHER: _____ |

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For all applicable statutory damages of the state whose laws will govern this action;

3. For an award of attorneys' fees and costs;

4. For prejudgment interest and costs of suit;

5. Exemplary damages;

6. For restitution and disgorgement of profits; and,

7. For such other and further relief as this Court may deem just and proper.

6

**JURY DEMAND**

Plaintiffs hereby demand a trial by jury as to all claims in this action.

Date: August 20, 2021    Respectfully submitted,

BY: */s/ Genevieve M. Zimmerman*
Genevieve M. Zimmerman (MN# 330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Attorney for Plaintiffs*